```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION


STEVEN E. SHELL,                *

        Plaintiff               *

vs.                             *
                                    CASE NO. 3:11-CV-97 (CDL)
MICHAEL J. ASTRUE, Commissioner *
of Social Security,
                                *
        Defendant
                                *
```

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on April 10, 2012. Neither party has filed an objection to this Report and Recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the Report and Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

IT IS SO ORDERED, this 14th day of May, 2012.

                              s/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE